1
2
3
4
5
6
7
8   UNITED STATES DISTRICT COURT
    WESTER DISTRICT OF WASHINGTON
9   AT SEATTLE

10  _____
    KLAUS ASSION, Derivatively on Behalf of    )   Case No. 2:13-cv-00091-RSM
11  ZILLOW, INC.                                )
                                                )
12                          Plaintiff,          )   ORDER GRANTING VOLUNTARY
                 v.                             )   DISMISSAL
13                                              )
    SPENCER M. RASCOFF, CHAD M. COHEN,          )
14  RICHARD N. BARTON, LLOYD D. FRINK,          )
    DAVID A. BEITEL, GREG M. SCHWARTZ,          )
15  GREGORY B. MAFFEI, ERIK BLACHFORD,          )
    GORDON STEPHENSON, J. WILLIAM               )
16  GURLEY, and JAY C. HOAG,                    )
                                                )
17                          Defendants,         )
                                                )
18       - and -                                )
                                                )
19  ZILLOW, INC., a Washington corporation,     )
                                                )
20                          Nominal Defendant.  )
    _____)
21
22
23
24
25
26
27
28

**ORDER GRANTING VOLUNTARY**
**DISMISSAL** (Case No. 2:13-cv-00091-RSM)

1 The Court, having reviewed plaintiff Klaus Assion's ("Plaintiff") Unopposed Motion for
2 Voluntary Dismissal without prejudice (the "Motion"), hereby GRANTS the Motion and
3 ORDERS the following:
4     1.    The above-captioned action is dismissed without prejudice.
5     2.    Each party shall bear its own costs.
6     3.    The Clerk is directed to close this case.

8 SO ORDERED this 26th day of September 2013.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

**ORDER GRANTING VOLUNTARY DISMISSAL** (Case No. 2:13-cv-00091-RSM)   - 1 -